**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cedric Mativa WILLIAMS,**
**Defendant–Appellant.**

**No. 07–12757**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 26, 2008.

Scott Chandler Huggins, Adams, Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Scott C. Huggins, appointed counsel for Cedric Mativa Williams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Williams's convictions and sentences are **AFFIRMED.**